JUDGE BUCHWALD

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue, 49th Floor
New York, New York 10110
(212) 302-6574

10 CIV 8967

*Attorneys for Plaintiff, Sovereign Bank*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED NOV 30 2010 U.S.D.C. S.D.N.Y. CASHIERS

| | |
|---|---|
| SOVEREIGN BANK,<br><br>                    Plaintiff,<br><br>          v.<br><br>NUBIAN REALTY, LLC, NUBIAN PROPERTIES, LLC, RICHELIEU W. DENNIS, NYEMA S. TUBMAN, DIANE NICHOLAS, NUBIAN HERITAGE DIRECT LLC, NUBIAN HERITAGE OF HARLEM LLC, THE NATIONAL BLACK THEATRE WORKSHOP INC., HARLEM APPLE, LLC, NEW YORK CITY TRANSIT ADJUDICATION BUREAU, STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, THYSSENKRUPP ELEVATOR COMPANY and JOHN DOE #1 through JOHN DOE #10 inclusive,<br><br>                    Defendants. | Civil Action No.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, counsel for Plaintiff states as follows: Sovereign Bank is a Federal Savings Bank with its principal place of business in Pennsylvania, and is a subsidiary of and is wholly-owned by Santander Holdings USA, Inc.

Santander Holdings USA, Inc. is a subsidiary of and is wholly-owned by Banco Santander, S.A.

No publicly-held corporation owns 10% or more of the stock of Banco Santander, S.A.

                                      RIKER, DANZIG, SCHERER, HYLAND &
                                      PERRETTI LLP
                                      *Attorneys for Sovereign Bank*

Dated: November 30, 2010             By: _____
                                                     Jonathan P. Vuotto