UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ATTORNEY: RIKER DANZIG SCHERER HYLAND & PERRETTI LLP

-----------------------------------------------------------------x

SOVEREIGN BANK

            *Plaintiff(s),*

-against-

NUBIAN REALTY, LLC, NUBIAN PROPERTIES, LLC, RICHELIEU W. DENNIS, NYEMA S. TUBMAN, DIANE NICHOLAS, NUBIAN HERITAGE DIRECT LLC, NUBIAN HERITAGE OF HARLEM LLC, THE NATIONAL BLACK THEATRE WORKSHOP INC., HARLEM APPLE, LLC, NEW YORK CITY TRANSIT ADJUDICATION BUREAU, STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, THYSSENKRUPP ELEVATOR COMPANY and JOHN DOE # 1 through JOHN DOE # 10 inclusive,

            *Defendant(s),* x

Civil Action No. **10-8967 (NRB)**

Filing Date: November 30, 2010

*AFFIDAVIT OF SERVICE*

-----------------------------------------------------------------

STATE OF NEW JERSEY, COUNTY OF MORRIS *ss:*   The undersigned, being duly sworn, deposes and says; deponent is not a party to this action, is over 18 years of age and resides at **MORRIS PLAINS, NJ 07950**.
That on **DECEMBER 13, 2010** at **7:45 P.M.**, at **251 MONTROSE AVENUE, SOUTH ORANGE, NJ 07079** deponent served the within **SUMMONS, VERIFIED COMPLAINT, AND DISCLOSURE STATEMENT** bearing Civil Action No. **10-8967 (NRB)**, filed on November 30, 2010 on **DIANE NICHOLAS** the above defendant therein named.

**INDIVIDUAL**
1. ☒ by delivering a true copy to said defendant personally; deponent knew the person served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a domestic/foreign    corporation, by delivering thereat a true copy to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be    thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy to    a person of suitable age and discretion. Said premise is defendant's – actual place of business – dwelling place – usual place of abode – within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy to the door of said premises, which is defendant's – actual place of business – dwelling place– usual place of abode – within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**DESCRIPTION**
USE WITH 1, 2, OR 3

☒
- ☐ Male   ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs   ☐ Under 5'   ☐ Under 100 lbs
- ☒ Female   ☒ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs   ☐ 5'0-5'3"   ☐ 100-130 lbs
-   ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 lbs.
-   ☐ Brown Skin   ☐ Gray Hair   ☐ Beard   ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 lbs.
-   ☐ Red Skin   ☐ Red Hair   ☐ Glasses   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 lbs.

Other identifying features:

**MILITARY SERVICE**
☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New Jersey in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New Jersey State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on the
23 day of December, 2010

*[signature]*
Notary Public
JENNIFER WATHNE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 17, 2014

*[signature]*
PRINT NAME BENEATH SIGNATURE
MARK GUALTIERI

File Number: PS-1229