| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTORNEY: RIKER DANZIG SCHERER HYLAND & PERRETTI LLP |

-----------------------------------------------------------------x

SOVEREIGN BANK

                                      Plaintiff(s),

Index No. **10-8967 (NRB)**

Filing Date: November 30, 2010

-against-

NUBIAN REALTY, LLC, NUBIAN PROPERTIES, LLC, RICHELIEU W. DENNIS, NYEMA S. TUBMAN, DIANE NICHOLAS, NUBIAN HERITAGE DIRECT LLC, NUBIAN HERITAGE OF HARLEM LLC, THE NATIONAL BLACK THEATRE WORKSHOP INC., HARLEM APPLE, LLC, NEW YORK CITY TRANSIT ADJUDICATION BUREAU, STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, THYSSENKRUPP ELEVATOR COMPANY and JOHN DOE # 1 through JOHN DOE # 10 inclusive,

*AFFIDAVIT OF SERVICE*

                                      Defendant(s), x

-----------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF QUEENS ss: The undersigned, being duly sworn, deposes and says; deponent is not a party to this action, is over 18 years of age and resides at JAMAICA, NY 11435.
That on **FEBRUARY 03, 2011** at **2:22 P.M.**, at **2023-2037 FIFTH AVENUE A/K/A 1 EAST 125TH STREET, NEW YORK, NY 10035** deponent served the within **SUMMONS, VERIFIED COMPLAINT, AND DISCLOSURE STATEMENT** bearing Index # **10-8967 (NRB)**, filed on November 30, 2010 on **BODHAIGE INC., D/B/A THE BODY SHOP S/H/A "JOHN DOE # 2"** the above defendant therein named.

**INDIVIDUAL**
1 ☐ by delivering a true copy to said defendant personally; deponent knew the person served to be the person described as said defendant therein.

**BUSINESS CORPORATION**
2 ☒ a domestic business corporation, by delivering thereat a true copy to **ASHIA MANN** personally, deponent knew said business corporation so served to be the business corporation described in said summons as said defendant and knew said individual to be **ASSISTANT MANAGER and individual authorized to accept service thereof.**

**SUITABLE AGE PERSON**
3 ☐ by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premise is defendant's - actual place of business – dwelling place – usual place of abode – within the state.

**AFFIXING TO DOOR, ETC.**
4 ☐ by affixing a true copy to the door of said premises, which is defendant's – actual place of business – dwelling place- usual place of abode – within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there.

**DESCRIPTION**
USE WITH 1, 2, OR 3 ☒

| | | | | | |
|---|---|---|---|---|---|
| ___ Male | ___ White Skin | x Black Hair | ___ White Hair | ___ 14-20 Yrs | ___ Under 5' | ___ Under 100 lbs |
| x Female | x Black Skin | ___ Brown Hair | ___ Balding | x 21-35 Yrs | x 5'0-5'3" | x 100-130 lbs |
| | ___ Yellow Skin | ___ Blonde Hair | ___ Mustache | ___ 36-50 Yrs. | ___ 5'4"-5'8" | ___ 131-160 lbs. |
| | ___ Brown Skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 lbs. |
| | ___ Red Skin | ___ Red Hair | x Glasses | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 lbs. |

Other identifying features:

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on the
14 day of February, 2011

_____
Notary Public

MELISSA HAINEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6165654
Qualified in Suffolk County

_____
PRINT NAME BENEATH SIGNATURE
VICTOR RAWNER
License # 1192048

File Number: PS-1229