UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ATTORNEY: RIKER DANZIG SCHERER HYLAND & PERRETTI LLP

-------------------------------------------------------------------x

SOVEREIGN BANK

                                         Plaintiff(s),

Index No. 10-8967 (NRB)

Filing Date: November 30, 2010

-against-

NUBIAN REALTY, LLC, NUBIAN PROPERTIES, LLC, RICHELIEU W. DENNIS, NYEMA S. TUBMAN, DIANE NICHOLAS, NUBIAN HERITAGE DIRECT LLC, NUBIAN HERITAGE OF HARLEM LLC, THE NATIONAL BLACK THEATRE WORKSHOP INC., HARLEM APPLE, LLC, NEW YORK CITY TRANSIT ADJUDICATION BUREAU, STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, THYSSENKRUPP ELEVATOR COMPANY and JOHN DOE # 1 through JOHN DOE # 10 inclusive,

**AFFIDAVIT OF NON-SERVICE**

                                           Defendant(s), x

-------------------------------------------------------------------

The undersigned certifies under penalty of perjury:

I received: SUMMONS, VERIFIED COMPLAINT, AND DISCLOSURE STATEMENT with Index Number 10-8967 (NRB) Filed on November 30, 2010 and have been unable to effect service upon

POLLEN NATION CORP., S/H/A "JOHN DOE # 7"
2037 Fifth Avenue
New York, NY 10035

The following attempts at service were made:

February 03, 2011 @ 02:43 P.M., the business POLLEN NATION CORP., S/H/A "JOHN DOE # 7" was closed and no longer operating business at the location, 2037 Fifth Avenue, New York, NY 10035. These details were verified by process server Victor Rawner. At this time service has been discontinued.

I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me on the
14 day of February, 2011

_____
Notary Public

MELISSA HAINEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6165654
Qualified In Suffolk County
My Commission Expires May 14, 2011

_____
PRINT NAME BENEATH SIGNATURE
VICTOR RAWNER
License # 1192048

File Number: PS-1229