Buchwald, J

Raymond N. Hannigan (rhannigan@herrick.com)
Darlene Fairman (dfairman@herrick.com)
HERRICK FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Defendant The National Black
  Theatre Workshop, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/11
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SOVEREIGN BANK,                         : Civil Action No.: 10 Civ. 8967
                                        :
                Plaintiff,              :
                                        :
        -against-                       : **STIPULATION**
                                        :
NUBIAN REALTY, LLC, NUBIAN              :
PROPERTIES LLC, RICHELIEU W. DENNIS,    :
NYEMA S. TUBMAN, DIANE NICHOLAS,        :
NUBIAN HERITAGE DIRECT LLC, NUBIAN      :
HERITAGE OF HARLEM LLC, THE             :
NATIONAL BLACK THEATRE WORKSHOP,        :
INC., HARLEM APPLE, LLC, NEW YORK       :
CITY TRANSIT ADJUDICATION BUREAU,       :
STATE OF NEW YORK DEPARTMENT OF         :
TAXATION AND FINANCE, NEW YORK          :
CITY DEPARTMENT OF TRANSPORTATION,      :
NEW YORK CITY ENVIRONMENTAL             :
CONTROL BOARD, NEW YORK CITY            :
DEPARMENT OF FINANCE, THYSSENKRUPP      :
ELEVATOR COMPANY and JOHN DOE #1        :
through JOHN DOE #10 inclusive,         :
                                        :
                Defendants.             :
                                        :
------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties hereto, that the time for defendant The National Black Theatre Workshop, Inc. ("NBT") to Answer, move or otherwise respond to the Verified Complaint is extended through and including March 4, 2011. NBT agrees to waives service of the Summons and Verified

Complaint and agrees that it shall not raise any jurisdictional defenses based on improper service of process.

**IT IS FURTHER AGREED** that this Stipulation may be signed in counterparts by facsimile or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

Dated: New York, New York
February 15, 2011

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP

By: _____
Jonathan P. Vuotto
500 Fifth Avenue, 49th Floor
New York, New York 10110
(212) 302-6574
-and-
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
*Attorneys for Plaintiff Sovereign Bank*

HERRICK, FEINSTEIN LLP

By: _____
Raymond N. Hannigan
Darlene Fairman
2 Park Avenue
New York, New York 10016
(212) 592-1400
*Attorneys for Defendant The National Black Theatre, Inc.*

SO ORDERED:

_____ (U.S.D.J.)
Dated: February 22, 2011