02/24/2011 10:33 2126826511 SCHWARTZ, LICHTENBERG PAGE 02/03

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SOVEREIGN BANK

       Plaintiff,

-against-

NUBIAN REALTY, LLC, NUBIAN PROPERTIES, LLC,
RICHELIEU W. DENNIS, NYEMA S. TUBMAN,
DIANE NICHOLAS, NUBIAN HERITAGE DIRECT
LLC, NUBIAN HERITAGE OF HARLEM LLC, THE
NATIONAL BLACK THEATRE WORKSHOP INC.,
HARLEM APPLE, LLC, NEW YORK CITY TRANSIT
ADJUDICATION BUREAU, STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE, NEW
YORK CITY DEPARTMENT OF TRANSPORTAION,
NEW YORK CITY ENVIRONMENTAL CONTROL
BOARD, NEW YORK CITY DEPARTMENT OF
FINANCE, THYSSENKRUPP ELEVATOR COMPANY
and JOHN DOE #1 through JOHN DOE #10 inclusive,

       Defendants.
-------------------------------------------------------------X

Civil Action No.: 10 civ 8967

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2011

   **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto, that the time for defendant Nubian Realty, LLC ("Nubian Realty") to Answer the Verified Complaint or otherwise move is extended through and including March 4, 2011. Nubian Realty agrees to waive service of the Summons and Verified Complaint and agrees that it shall not raise any jurisdictional defenses based on improper service of process.

   **IT IS FURTHER AGREED** that this Stipulation may be signed in counterparts by facsimile or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

02/24/2011 13:55 2126826511 SCHWARTZ,LICHTENBERG PAGE 07/07
Case 1:10-cv-08967-NRB   Document 42   Filed 02/25/11   Page 2 of 2

02/24/2011 10:33   2126826511                SCHWARTZ,LICHTENBERG                 PAGE 03/03

Dated: New York, New York
February 24, 2011

RIKER DANZIG SCHERER HYLAND &
PERRETTI, LLP
Attorneys for Plaintiff Sovereign Bank

By: _____
      Jonathan P. Vuotto

One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800

SCHWARTZ, LICHTENBERG LLP
Attorneys for Defendant
Nubian Realty, LLC

By: _____
      Barry E. Lichtenberg

The Chrysler Building
405 Lexington Avenue, Seventh Fl.
New York, New York 10174
Telephone: (212) 389-7818

SO ORDERED:

_____
U.S.D.J.
2/24/11