Raymond N. Hannigan (rhannigan@herrick.com)
Darlene Fairman (dfairman@herrick.com)
HERRICK FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Defendant The National Black
 Theatre Workshop, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2011
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SOVEREIGN BANK,

              Plaintiff,

             -against-

NUBIAN REALTY, LLC, NUBIAN
PROPERTIES LLC, RICHELIEU W. DENNIS,
NYEMA S. TUBMAN, DIANE NICHOLAS,
NUBIAN HERITAGE DIRECT LLC, NUBIAN
HERITAGE OF HARLEM LLC, THE
NATIONAL BLACK THEATRE WORKSHOP,
INC., HARLEM APPLE, LLC, NEW YORK
CITY TRANSIT ADJUDICATION BUREAU,
STATE OF NEW YORK DEPARTMENT OF
TAXATION AND FINANCE, NEW YORK
CITY DEPARTMENT OF TRANSPORTATION,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, NEW YORK CITY
DEPARMENT OF FINANCE, THYSSENKRUPP
ELEVATOR COMPANY and JOHN DOE #1
through JOHN DOE #10 inclusive,

             Defendants.
------------------------------------- x

Civil Action No.: 10 Civ. 8967 (NRB)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties hereto, that the time for defendant The National Black Theatre Workshop, Inc. ("NBT") to Answer, move or otherwise respond to the Verified Complaint is extended through and including April 1, 2011. NBT agrees to waive service of the Summons and Verified

Complaint and agrees that it shall not raise any jurisdictional defenses based on improper service of process.

**IT IS FURTHER AGREED** that this Stipulation may be signed in counterparts by facsimile or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

Dated: New York, New York
       March 17, 2011

| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP | HERRICK, FEINSTEIN LLP |
|---|---|
| By: _____<br>Jonathan P. Vuotto<br>500 Fifth Avenue, 49th Floor<br>New York, New York 10110<br>(212) 302-6574<br>-and-<br>One Speedwell Avenue<br>Morristown, New Jersey 07962-1981<br>(973) 538-0800<br>*Attorneys for Plaintiff Sovereign Bank* | By: _____<br>Raymond N. Hannigan<br>Darlene Fairman<br>2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>*Attorneys for Defendant The National Black Theatre, Inc.* |

SO ORDERED:

_____ (U.S.D.J.)

Dated: March 21, 2011